JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS SERANO, | Case No. ED CV 19-2179 FMO (SHKx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| XEREX LANDSCAPING, et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 27th day of March, 2020.

                                                                    /s/
                                               Fernando M. Olguin
                                          United States District Judge